# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SEEBORG, RICHARD G. | U.S. District Court N.D. Cal. | 04/27/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEEBORG, RICHARD G. | 04/27/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Matthew Bender & Co., Inc. (Book Royalties) | $2,064.88 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEEBORG, RICHARD G. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Asset Fund (Money Market) | A | Interest | O | T | | | | | |
| 2. Schlumberger Ltd. | A | Dividend | K | T | | | | | |
| 3. DWS World Dividend Fund | A | Dividend | J | T | | | | | |
| 4. DWS Latin America Equity Fund | A | Dividend | K | T | | | | | |
| 5. Templeton World Fund - Class I | A | Dividend | K | T | | | | | |
| 6. Templeton Developing Market Trust Class A | A | Dividend | K | T | | | | | |
| 7. Vanguard 500 Index Fund | A | Dividend | M | T | | | | | |
| 8. Vanguard Growth Index Fund | A | Dividend | K | T | | | | | |
| 9. Vanguard International Growth Fund | A | Dividend | K | T | | | | | |
| 10. Vanguard U.S. Growth Fund | A | Dividend | K | T | | | | | |
| 11. Wells Fargo Checking Account | A | Interest | K | T | | | | | |
| 12. Emerson Electric | A | Dividend | J | T | | | | | |
| 13. John Hancock Regional Bank Fund | A | Dividend | | | Sold | 04/17/14 | L | A | |
| 14. JP Morgan Chase (formerly Bank One Corp) | A | Dividend | K | T | | | | | |
| 15. Computer Sciences Corp. | A | Dividend | J | T | | | | | |
| 16. Intel Corp | B | Dividend | L | T | | | | | |
| 17. Invesco Comstock Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Small Cap Value Fund C (formerly Special Value Fund) | A | Dividend | L | T | | | | | |
| 19. John Hancock Small Cap Value Fund C | A | Dividend | | | Sold | 04/17/14 | K | D | |
| 20. Invesco Global Core Equity Fund | B | Dividend | | | Sold | 04/17/14 | M | D | |
| 21. MFS New Core Equity A | A | Dividend | | | Sold | 04/17/14 | L | D | |
| 22. Invesco Senior Loan (formerly Van Kampen Senior Loan) | A | Dividend | K | T | | | | | |
| 23. Allianz Nacm Intern. | A | Dividend | K | T | | | | | |
| 24. Chevron Corp | A | Dividend | K | T | | | | | |
| 25. Clorox Corp | A | Dividend | K | T | | | | | |
| 26. General Electric Corp | A | Dividend | K | T | | | | | |
| 27. Morgan Stanley Focus Growth Fund | A | Dividend | | | Sold | 04/17/14 | J | A | |
| 28. Diversified Dividend A Fund | A | Dividend | K | T | | | | | |
| 29. Invesco Global Growth Fund A | A | Dividend | K | T | | | | | |
| 30. Virtus | A | Dividend | J | T | | | | | |
| 31. Mortgage Stanley Strategist Fund A | A | Dividend | K | T | | | | | |
| 32. Invesco Global Core Equity Fund A | A | Dividend | K | T | | | | | |
| 33. L.A. Water Dept Bond | B | Interest | L | T | | | | | |
| 34. Invesco Van Kampen Dynamic Credit Opp. Fund | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEEBORG, RICHARD G. | 04/27/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BST Hospitality LLC | C | Distribution | M | U | | | | | |
| 36. Nexpoint Credit Strategies Fund | A | Dividend | J | T | | | | | |
| 37. Contra Costra Public Finance Bond (2 parts) | A | Interest | | | Redeemed | 06/02/14 | J | A | |
| 38. Acalanes School Bond | D | Interest | M | T | | | | | |
| 39. California State Public Works Bond | C | Interest | | | Redeemed | 11/03/14 | M | A | |
| 40. Metropolitan Water District - So Cal Bond | B | Interest | L | T | | | | | |
| 41. East Bay Municipal Utility District Bond | C | Interest | M | T | | | | | |
| 42. Pasadena Electric Bond | B | Interest | L | T | | | | | |
| 43. Piedmont Unified School District Bond | B | Interest | L | T | | | | | |
| 44. Invesco Asia Pacific Growth Fund C | A | Dividend | L | T | Buy | 04/17/14 | L | | |
| 45. Invesco European Growth Fund C | A | Dividend | L | T | Buy | 04/17/14 | L | | |
| 46. John Hancock International Growth Fund A | B | Dividend | M | T | Buy | 04/17/14 | M | | |
| 47. MFS International Value Fund A | A | Dividend | L | T | Buy | 04/17/14 | L | | |
| 48. MSIFT Global Strategist Fund L | B | Dividend | M | T | Buy | 04/21/14 | L | | |
| 49. SPDR S&P Dividend | D | Dividend | N | T | Buy | 03/06/14 | N | | |
| 50. Vanguard TTL STK MKT ETF | C | Dividend | M | T | Buy | 03/06/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SEEBORG, RICHARD G. | 04/27/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RICHARD G. SEEBORG**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544